# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 PROCEEDINGS |
| DONALD MARVIN JOHNSON | ) | |
| | ) | CASE NO.  12-22600 KL |
| | ) | |

## MOTION TO DISMISS

Comes now Paul R. Chael, Trustee herein, and states that the above Chapter 13 case should be dismissed for the following reason:

\_\_\_\_\_   Debtor(s) has not commenced making plan payments and no showing has been made for any just cause for said default.

\_\_\_\_\_   Debtor(s) failed to file a plan as provided in 11 U.S.C. 1321 and B.R.3015

\_\_\_\_\_   Debtor(s) is in material default in the sum of **$**\_\_\_\_\_   and no showing has been made for any  just cause for said default.  Debtor has failed to begin making payments.

\_\_\_\_\_   Debtor(s) has failed to provide a confirmable plan and/or has caused unreasonable delay resulting in prejudicial treatment to creditors.

\_\_\_\_\_   Debtor(s) and/or counsel has failed to appear at the scheduled meeting of creditors on the following dates:  pursuant to Sec.341.

   **X**    Debtor(s) noncompliance in providing necessary information needed to complete the 341 Meeting of Creditors and/or has caused unreasonable delay resulting in prejudicial treatment to creditors.  *Debtor has failed to submit 2 years prior filed income taxes and 6 months prior to filing income verification.*

**Wherefore,** Trustee prays that these proceedings be dismissed and that a time be set for Trustee to make final report of his receipts and disbursements in these proceedings.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2012, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee- ustpregion10.soecf@usdoj.gov
Attorney for Debtor(s): PRO SE

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor: DONALD MARVIN JOHNSON, 222 N MINERAL SPRINGS RD, PORTER, IN 46304    ,

/s/Paul R. Chael
Paul R. Chael, Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015